MATTHEW CULLEN, Appellant, *v.* RALPH THOMAS, Respondent, Impleaded with Another.

*Cullen* v. *Thomas*, 153 App. Div. 797, appeal dismissed.
(Submitted May 13, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1913, affirming a judgment in favor of defendant entered upon an order of Special Term granting a motion for judgment on the pleadings in an action to recover for personal injuries alleged to have been occasioned through the negligence of defendant.

*Sydney A. Syme* for appellant.

*Isidor J. Kresel* and *George F. Lewis* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.